Office of the Clerk
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
P.O. Box 193939
San Francisco, California 94119-3939

Molly C. Dwyer
Clerk of Court

(415) 355-8000

# NOTICE OF APPEARANCE OF COUNSEL or
# RE-ASSIGNMENT OF COUNSEL WITHIN THE SAME OFFICE

**NOTE:** For readability and security, print the filled-in form to PDF (File > Print > *PDF Printer/Creator*). You may also fill in the form, print it, and then scan the filled-in form to a PDF file.

9th Circuit Case Number(s): 13-17656

Case Name: Joy Nwabueze, et al   v.   Pacific Bell Telephone Company, et al

The Clerk will enter my appearance as counsel on behalf of: Gordon Morgan

☒ Appellant   ☐ Petitioner   ☐ Amicus Curiae   ☐ Appellant/Cross-Appellee
☐ Appellee    ☐ Respondent   ☐ Intervenor      ☐ Appellee/Cross-Appellant

☒ Check if you are lead counsel. Lead counsel must be designated if a party is represented by more than one attorney or law firm.

☐ Re-Assignment. (Optional) This case has been re-assigned to me from another attorney in my office (for ex., the Federal Public Defenders Office, OIL, or a law firm). Enter name of counsel you are replacing below.

I am replacing (name of counsel):

Signature (use "s/" format): s/Christopher A. Bandas     Date: 1/7/2014

Name: Christopher A. Bandas

Firm/Office: Bandas Law Firm, PC

Address: 500 N. Shoreline, Suite 1020

City: Corpus Christi   State: TX   Zip Code: 78401

Phone Number (including area code): 361-698-5200